AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Ambrocio Segundo-Perez
and
Maria Guadalupe Flores-Cedillo
*Defendant(s)*

Case No. 26-5773 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 08/01/26 through 09/30/26 in the county of Luna in the State and District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1324 (A) (1) (a) (v) (I) | Conspiracy to Transport Aliens. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Omar J. Davila, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/26/2026

*Judge's signature*

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, Chief U.S. Magistrate Judge

*Printed name and title*

Print | Save As... | Attach | Reset

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Omar J, Davila, having first been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am presently employed as a Special Agent with Homeland Security Investigations (HSI) and have been since February 12, 2023, and am assigned to the Deming, New Mexico office. My primary responsibilities include investigating criminal violations of the United States Code in the District of New Mexico. My experience in this position has included but is not limited to interviewing suspects, witnesses, and victims; executing arrests and searches; collecting and processing evidence; analyzing records and digital evidence; and completing hundreds of hours of training in these topics and others, such as criminal law, narcotics, and firearm-related crimes.

2. Prior to being employed with HSI, I was a Border Patrol Agent (BPA) with the United States Border Patrol for approximately fifteen years, starting in April of 2008. As a BPA, I was assigned to the Field Intelligence Unit at my assigned station, where I researched and produced Intelligence reports and helped further predicate human smuggling cases for prosecution. During my time as a BPA, I was assigned to the Drug Enforcement Agency (DEA) Las Cruces Residential office as a Task Force Agent (TFA) and conducted narcotics investigations. During my time with Border Patrol, I was also assigned to the Las Cruces Border Patrol Alien Smuggling Unit (ASU). As an ASU agent, I worked alongside the United States Attorney's Office and arranged prosecutions for subjects involved with alien smuggling in the Southern New Mexico area.

3. I have worked numerous cases involving human trafficking/smuggling and conspiracy to commit these crimes and received training, education, and experience with the identification

and investigation of Title 8 violations of the United States Code.

4. I make this Affidavit in support of an Application for a Criminal Complaint for Ambrocio Segundo-Perez and Maria Guadalupe Flores-Cedillo as I believe he violated 8 U.S.C. § 1324(a)(1)(A)(v)(I), Conspiracy to Transport Aliens into the United States. I base the information in this Affidavit on my personal knowledge and on information that I have learned, either directly or indirectly, from witnesses, records, and other sworn law enforcement officers and agents. I have not included every fact that my investigation has revealed, but rather, have included only those facts necessary to show probable cause. The statements contained herein are based on my personal knowledge and observations; information provided to me by other law enforcement; reviews of various documents, records, and reports; and interviews conducted by law enforcement.

5. Unless otherwise noted, all references herein to times and dates are approximate, and all references herein to documents, contents and the statements of others are reported in substance and in part only.

**RELEVANT STATUTES**

6. 8 U.S.C. § 1324(a)(1)(A)(v)(I) makes it a federal offense to engage in a conspiracy to transport or harbor an illegal alien. This includes, bringing certain noncitizens into the United States unlawfully, transporting or moving them within the United States in furtherance of a violation of immigration law, concealing or harboring them, or encouraging or inducing unlawful entry or residence.

**STATEMENT OF PROBABLE CAUSE**

7. On September 30, 2026, HSI Special Agents conducted Unaccompanied Alien Child (UAC) interviews with two minor children of Ambrocio Segundo-Perez and Maria

Guadalupe Flores-Cedillo. The two minors were apprehended near Deming, New Mexico, as part of a group of seven illegal aliens who were being smuggled into and whose presence was being furthered within the United States on or about September 30, 2026. The UACs are Mexican citizens with no lawful mean of being present in the United States.

8. During the interviews, both minors provided agents with contact information for their mother, Maria Guadalupe Flores-Cedillo, and their father, Ambrocio Segundo-Perez. The minors identified telephone number xxx-xxx-6701 as belonging to Flores-Cedillo and telephone number xxx-xxx-0480 as belonging to Segundo-Perez.

9. During the UAC interview, Unaccompanied Alien Child One (hereafter identified as UAC1), stated that UAC1 and his younger sibling (hereafter identified as UAC2) had been away from Puebla, Mexico, for approximately three weeks. UAC1 stated that their uncle, Alejandro Perez, arranged for their air travel from Puebla, Mexico, to Juarez, Mexico. Upon arriving in Juarez, Alejandro Perez returned by air, and the minors were turned over to an individual known as "COCHO," whom UAC1 identified as the "pollero," a common term for a human smuggler.

10. UAC1 stated that he and UAC2 traveled by vehicle from Juarez to Puerto Palomas, Mexico, where they stayed at a stash house before crossing into the United States. UAC1 described crossing through mud and climbing over a wall. After crossing the wall, UAC1 stated that a white truck was waiting for them. UAC1 further stated that COCHO told the minors their parents would pay $8,000 for each child, for a total smuggling fee of $16,000.

11. On September 30, 2026, HSI Special Agents contacted the individual using telephone number xxx-xxx-6701. The individual identified herself as Maria Guadalupe Flores-Cedillo, the mother of the two UACs in HSI custody. Flores-Cedillo stated that she and her

husband, Ambrocio Segundo-Perez, hired a "pollero", to facilitate the smuggling and illegal entry of their two minor children into the United States. Flores-Cedillo provided her current address in Milwaukee, Wisconsin.

12. On October 8, 2026, HSI Milwaukee conducted a consensual interview of Flores-Cedillo regarding the attempted smuggling of her two minor children on September 30, 2026. During the interview, Flores-Cedillo admitted that she and her husband financially facilitated the smuggling venture involving their two minor children. Flores-Cedillo stated that she and her husband sent money through wire transfers from their bank account.

13. On October 21, 2026, HSI Milwaukee conducted a post-Miranda interview with Ambrocio Segundo-Perez. During the interview, Segundo- Perez stated that he had made financial arrangements with a human smuggler in Mexico by the name of "COCHO" for the transportation of his two minor children from Mexico into the United States. Segundo-Perez stated he made money transactions from a bank in Milwaukee to the human smugglers in Mexico. Segundo- Perez provided consent to the agents to search the contents of his phone. Segundo- Perez provided agents with the phone number for one of the human smugglers in Mexico named "Rolando" that he was in direct communication with to coordinate the delivery of his two minor children.

14. Records checks revealed that both telephone numbers xxx-xxx-6701 and xxx-xxx-0480 were associated with Ambrocio Segundo- Perez at his address in Milwaukee, Wisconsin. Both telephone numbers were queried through law enforcement databases. The results showed that telephone number xxx-xxx-6701 was used to conduct 10 wire-transfer transactions between August 2025 and August 2026. The 10 transactions listed the sender as Maria Guadalupe Flores-Cedillo totaling $13,659 USD, and were sent to six different

individuals in Puebla, Mexico. The results also showed that telephone number xxx-xxx-0480 was used to conduct 39 wire-transfer transactions between January 03, 2024, and September 28, 2026. All 39 transactions display the name Ambrocio Segundo-Perez with his address in Milwaukee, Wisconsin.

15. The evidence establishes that Ambrocio Segundo- Perez and Maria Guadalupe Flores-Cedillo agreed with each other and others to bring in the UACs illegally into the country and to transport the UACs, within the United States in furtherance of their illegal presence.

**CONCLUSION**

16. Based upon the facts above, your affiant submits there is probable cause to believe that Ambrocio Segundo- Perez and Maria Guadalupe Flores-Cedillo violated 8 U.S.C. § 1324 (a)(1)(A)(v)(I), Conspiracy to Transport Aliens into the United States.

Omar J. Davila
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 27th day of October 2026.

HONORABLE GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE